LAWYERS FOR CLEAN WATER, INC.
Caroline Koch (Bar No. 266068)
　　Email: caroline@lawyersforcleanwater.com
Drevet Hunt (Bar No. 240487)
　　Email: drev@lawyersforcleanwater.com
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile:  (415) 440-4155

*Attorneys for Plaintiff*
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

CASTELLÓN & FUNDERBURK LLP
William Funderburk (SBN 176244)
811 Wilshire Blvd., Suite 1025
Los Angeles, CA 90017
Telephone: (213) 623-7515
Facsimile: (213) 532-3984
wfunderburk@candffirm.com

*Attorney for Defendant*
SECURITY CONTRACTOR SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California non-profit corporation;<br><br>　　　　Plaintiff,<br>　vs.<br><br>SECURITY CONTRACTOR SERVICES, INC., a California corporation,<br><br>　　　　Defendant. | Civil Case No. 2:15-cv-00760-MCE-AC<br><br>Hon. Morrison C. England, Jr.<br><br>**STIPULATION REQUESTING APPOINTMENT OF MAGISTRATE JUDGE TO CONDUCT COURT SETTLEMENT CONFERENCE; ORDER**<br><br>Civil Local Rule 143<br>Civil Local Rule 270 |

1  Plaintiff California Sportfishing Protection Alliance and Defendant Security Contractor Services, Inc. (collectively the "Parties") in the above-entitled action submit this Stipulation Requesting Appointment to a Magistrate Judge to Conduct a Court Settlement Conference.

**WHEREAS**, the Parties have been engaged in informal settlement discussions, including a telephonic conference between the Parties' technical consultants, a site inspection of the facility, and the exchange of several Consent Decrees in an effort to settle this action;

**WHEREAS**, in the Joint Status Report the Parties agreed to submit to formal settlement of this matter with a magistrate judge pursuant to Civil Local Rule 270 (Court Settlement Conferences) in the event the parties are unable to resolve this matter via their ongoing informal settlement discussions by October 31, 2015 (*see* Dkt. No. 10);

**WHEREAS**, to date the Parties have been unable to resolve this matter via their ongoing informal settlement discussions and believe a Court Settlement Conference will facilitate settlement of the action;

**WHEREAS**, the Parties agree to submit this matter to a magistrate judge for a settlement conference pursuant to Civil Local Rule 270(a) to be completed no later than **December 15, 2015**;

**WHEREAS**, the Parties have accounted for participation in a Court Settlement Conference and no modifications to the case management plan are needed at this time;

**WHEREAS**, the Parties have submitted a [Proposed] Order concurrently herewith;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED** by and among the Parties that the Court assign this action to a magistrate judge to conduct a Court Settlement Conference to be completed by December 15, 2015, if the magistrate judge's calendar permits.

Respectfully submitted,

Dated: November 5, 2015           LAWYERS FOR CLEAN WATER, INC.

*/s/Caroline Koch*
Caroline Koch
Attorney for Plaintiff

Order Granting Stip. & Request for Settlement Conference          Case No. 2:15-cv-00760-MCE-AC

1

California Sportfishing Protection Alliance

Dated: November 5, 2015          CASTELLÓN & FUNDERBURK LLP

*/s/ William Funderburk*
William Funderburk
Attorney for Defendant
Security Contractor Services, Inc.

**ORDER GRANTING STIPULATION REQUESTING APPOINTMENT OF MAGISTRATE JUDGE TO CONDUCT COURT SETTLEMENT CONFERENCE**

Having duly considered the Stipulation Requesting Appointment of Magistrate Judge to Conduct Court Settlement Conference filed by the Parties in this action on November 5, 2015, and good cause showing:

It is hereby ordered that the above-captioned matter is assigned to Magistrate Judge Edmund F. Brennan, who was randomly drawn, to conduct a Court Settlement Conference pursuant to Civil Local Rule 270 to be completed by December 15, 2015, if the Judge Brenann's calendar permits.

IT IS SO ORDERED.

Dated: November 10, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT