LAWYERS FOR CLEAN WATER, INC.
Caroline Koch (Bar No. 266068)
        Email: caroline@lawyersforcleanwater.com
Layne Friedrich (Bar No. 195431)
        Email: layne@lawyersforcleanwater.com
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone:  (415) 440-6520
Facsimile:  (415) 440-4155

*Attorneys for Plaintiff*
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California non-profit corporation;<br><br>                    Plaintiff,<br><br>        vs.<br><br>SECURITY CONTRACTOR SERVICES, INC., a California corporation,<br><br>                    Defendant. | Civil Case No. 2:15-cv-00760-MCE-AC<br><br>**Stipulation re: Plaintiff's First Request for Entry Onto Designated Property (During Dry Weather); [Proposed] Order** |

1    **WHEREAS**, on October 27, 2015, Plaintiff California Sportsfishing Protection Alliance

2    ("CSPA" or "Plaintiff") propounded its First Request for Entry onto Designated Property ("Dry Weather

3    Request") to Defendant Security Contractor Services, Inc. ("Defendant");

4    **WHEREAS**, pursuant to Federal Rule of Civil Procedure 34(a)(2), CSPA's Dry Weather

5    Request seeks entry onto Defendant's property at 5339 and 5311 Jackson Street, North Highlands,

6    California 95660 ("Facility"). As an exhibit to the Dry Weather Request, CSPA provided a site map that

7    was submitted by Defendant with its Notice of Intent to Comply with the Industrial Storm Water Permit;

8    **WHEREAS**, on November 25, 2015, Defendant timely responded and objected to CSPA's Dry

9    Weather Request;

10    **WHEREAS**, the parties have met and conferred in an effort to resolve disputed issues

11    concerning CSPA's Dry Weather Request;

12    **WHEREAS**, while reserving all rights and objections, the parties have reached consensus as to

13    terms and conditions for CSPA's dry weather inspection of the Facility;

14    **WHEREAS**, a [Proposed] Order is filed concurrently herewith;

15    **THEREFORE**, the Parties hereby stipulate and agree and request that the Court so order that

16    CSPA may conduct an inspection of the Facility during dry weather as follows:

17    **<u>Date and Duration of Inspection</u>**

18    1.    CSPA shall conduct a Dry Weather Inspection on December 11, 2015, which shall begin

19         no later than 10:00 a.m.

20    2.    CSPA will make best efforts to minimize the time it takes to complete the Dry Weather

21         Inspection, and CSPA's Dry Weather Inspection shall last no more than two (2) hours.

22    3.    CSPA will be permitted up to and including three (3) representatives at the Dry Weather

23         Inspection. CSPA's intended attendees are: (1) Caroline Koch, counsel for CSPA, and (2)

24         Rachel Savaloja, consultant for CSPA. CSPA's representatives shall be free to step away

25         during the inspection, at sufficient distance to be out of earshot but within view of

26         Defendant's representatives, to have brief, private conversations.

27    4.    Prior to the Dry Weather Inspection any and all representatives of CSPA, including those

28

identified in paragraph 3, above, shall sign an Access Agreement attached as Exhibit A, before being permitted to enter the property.

5. CSPA and its representatives shall follow all reasonable safety measures and/or instructions, which are: (a) Beware truck and fork lift traffic; (b) Maintain a minimum of 15 feet from all trucks and/or trailers being loaded or un-loaded; (c) Safety glasses are required in any manufacturing area.

**Scope of Inspection**

6. CSPA's inspection shall include all outdoor areas of potential storm water pollution, including, but not limited to the following:

   a. All areas of potential industrial pollution sources, including, but not limited to, outdoor areas related to materials and waste storage, operational activities, equipment and parts storage, and Facility maintenance;

   b. Any outdoor areas or equipment from which any liquids, runoff, or fugitive dust or debris may drain, or be drained, or discharged;

   c. All storm drains and all storm water conveyances;

   d. All outdoor storage areas;

   e. All pollution management measures, or Best Management Practices (BMPs), such as bermed areas and areas with secondary containment;

   f. All entrances and exits.

7. Indoor areas may be viewed but not entered.

8. Both parties will be permitted to take photograph(s) and/or video(s) during the Dry Weather Inspection.

9. The Parties shall exchange any photographs and/or videos taken during CSPA's Dry Weather Inspection within ten (10) business days of the inspection.

10. Nothing in this stipulation and agreement shall constitute a waiver by any party of further discovery rights, including the right to demand further inspections, or objections to further discovery.

11.     Nothing in this stipulation shall be construed as a waiver of any objections to admissibility of evidence at trial, including but not limited to the sampling protocols or techniques employed by either party during the inspection.

Dated: December 8, 2015                    LAWYERS FOR CLEAN WATER, INC.


By:_____
Caroline Koch
Attorneys for Plaintiff
CALIFORNIA SPORTSFISHING PROTECTION
ALLIANCE



Dated: December 8, 2015                    CASTELLÓN & FUNDERBURK LLP


By: _____
William Funderburk
Attorney for Defendant
Security Contractor Services, Inc.



**IT IS SO ORDERED.**          _____
HONORABLE MORRISON C. ENGLAND
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT COURT OF CALIFORNIA

11.    Nothing in this stipulation shall be construed as a waiver of any objections to admissibility of evidence at trial, including but not limited to the sampling protocols or techniques employed by either party during the inspection.

Dated: December 8, 2015               LAWYERS FOR CLEAN WATER, INC.

By: _____

Caroline Koch
Attorneys for Plaintiff
CALIFORNIA SPORTSFISHING PROTECTION
ALLIANCE

Dated: December 8, 2015               CASTELLÓN & FUNDERBURK LLP

By: _____

William Funderburk
Alastair F. Hamblin
Attorney for Defendant
Security Contractor Services, Inc.

**IT IS SO ORDERED.**

_____
HONORABLE MORRISON C. ENGLAND
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT COURT OF CALIFORNIA

**Exhibit A**

## ACCESS AGREEMENT

I understand that I am being permitted to enter the premises located at 5339 and 5311 Jackson Street, North Highlands, California 95660 (the "site") for a property inspection and agree to the following:

My entry onto the above-mentioned property is entirely voluntary and I agree to hold harmless and release Security Contractor Services, Inc. ("SCS"), their shareholders, officers, directors, employees, agents, attorneys, trustees, beneficiaries, and any other representative(s) affiliated with the property and operations at the site from any and all lawsuits, damages, claims, judgments, losses, liability, or expenses arising out of or resulting from any damage or loss to myself, including any tools and equipment I am bringing onto the site, SCS or others, which may be caused in whole or in part as a result of my entry onto the site, whether or not caused by the alleged negligence, whether active or passive, or any acts or omissions of SCS, or by any of SCS licensees, invitees, or permittees also on the site or any other third party not under SCS control to the extent permitted by California law.

I REPRESENT AND ACKNOWLEDGE THAT I HAVE READ THIS ASSUMPTION OF RISK, RELEASE AND WAIVER OF LIABILITY AND FULLY UNDERSTAND EACH AND EVERY PROVISION.

Dated: _____         Signature:_____
                                Printed Name:_____