CASTELLÓN & FUNDERBURK LLP
William W. Funderburk Jr. (SBN 176244)
Alastair F. Hamblin (SBN 282044)
811 Wilshire Blvd., Suite 1025
Los Angeles, CA 90017
Telephone: (213) 623-7515
Facsimile: (213) 532-3984
wfunderburk@candffirm.com
ahamblin@candffirm.com

Attorneys for Defendant
SECURITY CONTRACTOR SERVICES, INC.

LAWYERS FOR CLEAN WATER, INC.
Caroline Koch (Bar No. 266068)
    Email: caroline@lawyersforcleanwater.com
Layne Friedrich (Bar No. 195431)
    Email: Layne@lawyersforcleanwater.com
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155

Attorneys for Plaintiff
CASLIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California non-profit corporation;<br><br>        Plaintiff,<br>  vs.<br><br>SECURITY CONTRACTOR SERVICES, INC., a California corporation,<br><br>        Defendant. | Civil Case No. 2:15-cv-00760-MCE-AC<br><br>**JOINT STIPULATION REQUESTING CONTINUATION OF SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |

1  **WHEREAS**, on December 14, 2015, the parties to this action, Plaintiff California
2  Sportfishing Protection Alliance ("CSPA" or "Plaintiff") and Defendant Security Contractor
3  Services, Inc. ("SCS" or "Defendant") (CSPA and SCS are collectively referred to herein as the
4  "Parties"), attended a settlement conference ("Settlement Conference") before Magistrate Judge
5  Edmund F. Brennan;

6  **WHEREAS,** during the Settlement Conference this matter was set for a further
7  settlement conference on January 19, 2016 at 10:00 a.m. in Courtroom 8 of the Robert T. Matsui
8  United Stated Courthouse before Magistrate Judge Brennan ("Further Settlement Conference");

9  **WHEREAS**, a scheduling conflict has arisen and counsel for SCS is unable to attend the
10 Further Settlement Conference as scheduled on January 19, 2016;

11 **WHEREAS**, the Parties have met and conferred regarding the conflict and have agreed
12 that continuation of the Further Settlement Conference is appropriate;

13 **WHEREAS,** on January 6, 2016, the Parties contacted the Court and requested a new
14 date for the Further Settlement Conference;

15 **WHEREAS**, the Parties were informed that Magistrate Judge Brennan is available to
16 conduct the Further Settlement Conference on February 23, 2016 at 10:00 a.m. and that, based
17 on this date, their respective supplemental confidential settlement statements shall be due seven
18 days prior to the new date on February 16, 2016;

**WHEREAS**, the Parties respectfully request pursuant to stipulation that the Further
19 Settlement Conference be continued to February 23, 2016;

20 **WHEREAS**, a [Proposed] Order is filed concurrently herewith;

21 **THEREFORE**, the Parties hereby stipulate, agree and request that the Court so order
22 that the Further Settlement Conference, currently scheduled for January 19, 2016 at 10:00 a.m.,
23 be continued to Tuesday, February 23, 2016 at 10:00 a.m.  The Parties hereby further stipulate,
24 agree and request that the Court set the date for the submission of supplemental confidential
25 settlement statements for seven days prior to the new conference date of February 23, 2016.
26
27

_____
2
Joint Stipulation Requesting Continuation of Settlement Conference; [~~Proposed~~] Order

**Date and Time of Further Settlement Conference**

1. The Court shall continue the Further Settlement Conference from January 19, 2016 to February 23, 2016 at 10:00 a.m. in Courtroom 8 of the Robert T. Matsui United States Courthouse;

2. Each Party's supplemental confidential settlement statements shall be due on February 16, 2016, seven days prior to the February 23, 2016 date of the Further Settlement Conference.

Dated: January 7, 2016               CASTELLÓN & FUNDERBURK LLP


By:    /s/ William W. Funderburk
William W. Funderburk
Alastair F. Hamblin
Attorney for Defendant
SECURITY CONTRACTOR SERVICES, INC.



Dated: January 7, 2016               LAWYERS FOR CLEAN WATER, INC.


By:    /s/ Caroline Koch
Caroline Koch
Attorneys for Plaintiff
CALIFORNIA SPORTSFISHING PROTECTION ALLIANCE


IT IS SO ORDERED.

DATED: January 11, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE