1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California non-profit corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>SECURITY CONTRACTOR SERVICES, INC., a California corporation, et al.,<br><br>   Defendants. | No. 2:15-cv-0760-MCE-AC<br><br><u>ORDER RE SETTLEMENT & DISPOSITION</u> |

   This case was before the court for a further settlement conference on February 23, 2016. Pursuant to the representations by counsel for the parties, the court has now determined that the matter has settled.

   As stated on the record, dispositional documents are to be filed not later than sixty (60) days from the date of this order.

   All hearing dates heretofore set in this matter are VACATED.

/////

/////

1     <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

2 IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

3 CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

4     IT IS SO ORDERED.

5 DATED: February 24, 2016.

6     EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE